No. 5203.—Noble Domenech, apldo., v. González Prado, aplte.—C. D. San Juan. ▆▆▆▆▆▆▆—Enero 29, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Con lugar la moción de desestimación fundada en abandono y frivolidad.

No. 5179.—Pérez, apldo., v. Martínez, aplte.—C. D. Arecibo. ▆▆▆▆▆ Enero 29, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Con lugar la moción de desestimación fundada en que la apelación y la fianza fueron radicadas fuera de tiempo.

No. 5202.—Cautiño Insúa, demandante, Pizá Hnos. S. en C. demandada, y Fernández Vda. de Suárez, interventora-aplda.—C. D. San Juan. ▆▆▆▆▆▆ Enero 31, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Con lugar la moción de desestimación por los mismos fundamentos de la resolución dictada hoy en el recurso No. 5201.

No. 694.—Loíza Sugar Co. et als., peticionarios, v. Corte de Distrito de San Juan, demandada.—▆▆▆ Enero 31, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

No ha lugar.

No. 5189.—Sosa et al., apltes., v. Asamblea Municipal de San Juan, et al., aplda.—C. D. San Juan. Enero 31, 1930. Sin lugar.

No. 4014.—Pueblo, apldo., v. Rivera, aplte.—C. D. Arecibo. ▆▆▆▆ Enero 31, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

No ha lugar a la reconsideración solicitada.